**Exhibit A**

**Registration Number / Date**  VA0002209979 / 2020-06-02

**Type of Work**  Visual Material

**Title** Holy Family Hearts.

**Application Title** Holy Family Hearts.

**Date of Creation** 2020

**Date of Publication** 2020-05-31

**Copyright Claimant** Priscilla C Huerta, 1987- . Address: 1805 Paseo Azul, Rowland Heights, CA, 91748-2522, United States.

**Authorship on Application** Priscilla C Huerta, 1987- ; Domicile: United States; Citizenship: United States. Authorship: jewelry design.

**Rights and Permissions** Priscilla c Huerta, The Little Catholic, 1805 Paseo Azul, Rowland Heights, CA, 91748-2522, United States, (626) 230-2610, hi@thelittlecatholic.com

**Description** Electronic file (eService)

**Nation of First Publication** United States

**Names** Huerta, Priscilla C 1987-

Deposit for Copyright Registration Number VA0002209979



Registration Number

# VAu 1-510-355

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
November 04, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Holy Family Hearts: Jesus, Joseph, Mary and 3 Other Unpublished Works |
| **Content Title:** | Holy Family Hearts: Jesus, Joseph, Mary |
| | Holy Family Hearts: Jesus, Mary, Joseph |
| | Holy Family Hearts: Joseph, Mary, Jesus |
| | Holy Family Hearts: Mary, Joseph, Jesus |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |

## Author

| | |
|---|---|
| • **Author:** | Priscilla Durant |
| **Author Created:** | Jewelry Designs |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1987 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Priscilla Durant |
| | 25261 Bentley, Laguna Hills, CA, 92653, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Priscilla Durant |
| **Email:** | hi@thelittlecatholic.com |
| **Telephone:** | (626)446-6265 |

## Certification

|  |  |
|---|---|
| **Name:** | Emily Kearney |
| **Date:** | November 03, 2023 |

**Correspondence:** Yes

Deposit for Copyright Registration Number VAu001510355



**Exhibit B**



# United States of America



*To Promote the Progress*  *of Science and Useful Arts*

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Katherine Kelly Vidal*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.


US0D1012750S

(12) **United States Design Patent** (10) Patent No.: **US D1,012,750 S**

Huerta (45) Date of Patent: ** Jan. 30, 2024

(54) **JEWELRY ARTICLE**

(71) Applicant: **The Little Catholic, LLC**, Rowland Heights, CA (US)

(72) Inventor: **Priscilla Huerta**, Laguna Hills, CA (US)

(73) Assignee: **The Little Catholic, LLC**, Rowland Heights, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: 29/788,404

(22) Filed: **May 17, 2021**

(51) LOC (14) Cl. ............................................... **11-01**

(52) **U.S. Cl.**
USPC ......................................................... **D11/81**

(58) **Field of Classification Search**
USPC ........ D11/1–6, 8, 26, 30, 32–34, 48, 63, 67, D11/73, 79, 81, 84, 86, 89, 95–97, 99, D11/103, 105–106, 114–115
CPC ....... A44C 15/00; A44C 15/004; A44C 25/00; A44C 25/001; A44C 25/25; A44C 25/007; A44C 9/00

See application file for complete search history.

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | | | |
|---|---|---|---|---|---|
| D109,800 | S | * | 5/1938 | Foss | 63/15 |
| D130,943 | S | * | 12/1941 | Dawer | D11/7 |
| D135,050 | S | * | 2/1943 | Lampl | D11/83 |
| D135,057 | S | * | 2/1943 | Lampl | D11/83 |
| D162,079 | S | * | 2/1951 | Philippe | D11/4 |
| D342,918 | S | * | 1/1994 | Henry | D11/81 |
| D442,515 | S | * | 5/2001 | Schleger | D11/103 |
| D657,707 | S | * | 4/2012 | Koutsoloutsos | D11/52 |
| D833,905 | S | * | 11/2018 | Kadar | D11/56 |
| D910,482 | S | * | 2/2021 | Pugachevskiy | D11/86 |
| D997,025 | S | * | 8/2023 | Aschendorf | D11/91 |
| D999,093 | S | * | 9/2023 | Riviere | D11/8 |
| D1,000,999 | S | * | 10/2023 | Fang | D11/56 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EM | 008760227-0001 | * | 11/2021 |
| EM | 008760227-0002 | * | 11/2021 |

OTHER PUBLICATIONS

The Little Catholic, Date Available May 31, 2020, Facebook, Site Visited on Mar. 20, 2023: https://www.facebook.com/TheLittleCatholic/photos/pb.100063556930905.-2207520000./8748788930198909/ (Year: 2020).*

Bowen, Hearts of the Holy Family (Artwork), Accessed Online on Apr. 27, 2021, https://www.leannebowen.com/products/the-hearts-of-the-holy-family.

(Continued)

*Primary Examiner* — Llorelys Martinez-Rivera
*Assistant Examiner* — Nicole M. Leech
(74) *Attorney, Agent, or Firm* — MLO, a professional corp.

(57) **CLAIM**

The ornamental design for a jewelry article, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a jewelry article showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a top view thereof;
FIG. **7** is a bottom view thereof; and,
FIG. **8** is another front perspective view of the jewelry article in FIG. **1**, shown in a state of use.
The broken lines in FIG. **8** represent environmental subject matter only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



(56)        **References Cited**

OTHER PUBLICATIONS

Kupelwieser, The Heart of Mary (Artwork), Accessed Online on Apr. 27, 2021, https://en.wikipedia.org/wiki/Immaculate_Heart_of_Mary#/media/File:Immaculate_Heart_of_Mary.jpg.
Sacred Heart of Jesus (Artwork), Artist: 19th Century Portuguese School, Created in 1800s, Accessed Online on Apr. 27, 2021, https://en.wikipedia.org/wiki/Sacred_Heart#/media/File:Sagrado_Cora%C3%A7%C3%A3o_de_Jesus_-_escola_portuguesa_s%C3%A9culo_XIX.png.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

**Exhibit C**



Use template

16.2K

946

2,097

llenadegraciacol  Follow

Jesús, María y José, los tres …

♫ CYRIL · Stumblin' In   🔁 Template by kla...



16.2K

946

2,097

...

Use template

llenadegraciacol  Follow

Jesús, María y José, los tres ...

♫ CYRIL · Stumblin' In    Template by kla



16.2K

946

2,097

Use template

llenadegraciacol Follow

Jesús, María y José, los tres ...

♪ CYRIL · Stumblin' In       Template by kla

**Exhibit D**



**llenadegraciacol**
Discussion professionnelle



❤️

I am well! Thank you for asking:)

Both rings are beautiful but I really like the three hearts one

I favorites it:) how much do you sell it for?

Vous avez répondu

This is the one I adore haha

Hahaha

— Nouveaux messages —

Is 25 dollars

• • •

Votre message...

Yes, i know!
Is so sad

Let me book in dhl page

Can you give your post code?

92887

I'm In California:)

————— Nouveaux messages —————

Its even expensier



😓 😓 😓

Votre message...


 


## llenadegraciacol

Instagram

10K followers · 530 posts

You've followed this Instagram account since 2024

**View profile**

You started a chat with llenadegraciacol. We use information from this chat to improve your experience. **Learn about business chats and your privacy.**

YESTERDAY 7:40 PM

> Hello I'm interested in this bracelet. :)
> How much and do you ship to America?
> If so how can I purchase ?



 Hi, the bracelet is 25 USD
I can send to you, but is expensier than
the bracelet 😆   

Message...

Just the ship is around 60/70 USD. For 1 or 10 items

Not a problem can I have the total and where to purchase please

Where do you need to ship this product i can book now depending the city

It's on a military base 7188 Chapman Dr Camp Lejeune NC 28547

Ok, let me see

Thank you so much

Thanks to you

4:25 PM

Hi, how are you?

I already know the price of shipping. Fedex is the company and is 65 USD

And take around 4 days

Perfect and what is the total

—— New Messages ——

Message...  🎤 🖼️ 😊



## Se acreditó tu pago en Llenadegraciacol

### Detalle de pago

🏪  1 Bracelet

💳  Mastercard terminada en 5830
      1 cuota de $ 346.635

> Verás este pago en tu resumen de
> tarjeta como **"MERCPAGO"**

Referencia de pago:
78122413093

El dinero fue recibido por:
Llenadegraciacol

Fecha:
14/05/2024 19:56:05

**¡La próxima paga más rápido!**

Baja la app de Mercado Pago a
tu celular escaneando el código
QR.