# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THE LITTLE CATHOLIC, LLC; PRISCILLA DURANT, an individual;

    Plaintiff,

vs.

KATHERIN GIRALDO, an individual; and DOES 1-100,

    Defendants.

Case No.: 8:24-cv-01239-DOC

PERMANENT INJUNCTION

August 13, 2024

IT IS ORDERED that KATHERIN GIRALDO, and her officers, agents, employees, representatives, and any and all persons acting in concert or participating with her, are hereby permanently enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, from using PLAINTIFFS' copyrights (Reg. Nos. VA0002209979 and VAu001510355) and patent (Patent No. D1012750) for counterfeit products.

DATED: August 14, 2024

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE